

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-25-00188-CV

| | | |
|---|---|---|
| LESLIE KAY ROBNETT, Appellant | § | On Appeal from the 322nd District Court |
| | § | of Tarrant County (322-753068-24) |
| V. | § | July 10, 2025 |
| KEVIN MART ROBNETT, Appellee | § | Per Curiam Memorandum Opinion |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM